```
 1  MORGAN, LEWIS & BOCKIUS LLP
    BARBARA A. FITZGERALD, SBN 151038
 2  SALVATORE PICARIELLO, SBN 190442
    KATHRYN T. MCGUIGAN, SBN 232112
 3  300 South Grand Avenue
    Twenty-Second Floor
 4  Los Angeles, CA 90071-3132
    Tel:  213.612.2500
 5  Fax:  213.612.2501
    bfitzgerald@morganlewis.com
 6  kmcguigan@morganlewis.com

 7  Attorneys for Defendants
    EDUCATIONAL COMMISSION FOR
 8  FOREIGN MEDICAL GRADUATES, SHARON
    TROWELL-ROMAN, and PETER O'COLMAIN
 9
```

FILED
12 FEB 27 PM 1:40
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE SAKAGUCHI,<br><br>          Plaintiff,<br><br>          vs.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, an Illinois corporation, SHARON TROWELL-ROMAN, an individual; PETER O'COLMAIN, an individual; and Does 1 through 250, inclusive,,<br><br>          Defendants. | Case No. CV12-01637 GAF (FFMx)<br><br>[State Complaint No. BC477337 Filed: January 19, 2012]<br><br>**DEFENDANTS EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, SHARON TROWELL-ROMAN, PETER O'COLMAIN'S NOTICE OF INTERESTED PARTIES**<br><br>[Local Rule 7.1-1; FED.R.CIV.P.7.1] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 22988475.1

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

Pursuant to Local Rule 7.1-1 and Fed.R.Civ.Proc. 7.1, the undersigned counsel of record for Defendants Educational Commission For Foreign Medical Graduates, Sharon Trowell-Roman, and Peter O'Colmain certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Defendant Educational Commission For Foreign Medical Graduates. No publicly-held corporation owns ten percent or more of its stock.

2. Defendant Sharon Trowell-Roman.

3. Defendant Peter O'Colmain.

2. Plaintiff Leslie Sakaguchi.

Dated: February 27, 2012

MORGAN, LEWIS & BOCKIUS LLP

By _____
KATHRYN T. MCGUIGAN
Attorneys for Defendant
EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, SHARON TROWELL-ROMAN, and PETER O'COLMAIN

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. On February 27, 2012, I served a copy of the within document(s):

**NOTICE OF INTERESTED PARTIES**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

- ☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

**Law Offices of Carlin & Buchsbaum, LLP**
Gary R. Carlin
Brent S. Buchsbaum
Laurel N. Haag
Maya G. Morales
555 East Ocean Boulevard, Suite 818
Long Beach, CA 90802
T: 562.432.8933 / F:562.435.1656

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on February 27, 2012, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Connie Torres-Gabig

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 22988475.1