1  MORGAN, LEWIS & BOCKIUS LLP
   BARBARA A. FITZGERALD, SBN 151038
2  SALVATORE PICARIELLO, SBN 190442
   KATHRYN T. MCGUIGAN, SBN 232112
3  300 South Grand Avenue
   Twenty-Second Floor
4  Los Angeles, CA  90071-3132
   Tel:   213.612.2500
5  Fax:   213.612.2501
   bfitzgerald@morganlewis.com
6  kmcguigan@morganlewis.com

7  Attorneys for Defendants
   EDUCATIONAL COMMISSION FOR
8  FOREIGN MEDICAL GRADUATES, SHARON
   TROWELL-ROMAN, and PETER O'COLMAIN

9

10                 UNITED STATES DISTRICT COURT

11               CENTRAL DISTRICT OF CALIFORNIA  CV12- 01637 GAF (FFMx)

12

13  LESLIE SAKAGUCHI,                      Case No.

14                 Plaintiff,              [State Complaint No. BC477337
                                           Filed:  January 19, 2012]
15          vs.

16  EDUCATIONAL COMMISSION FOR             **DEFENDANTS EDUCATIONAL**
    FOREIGN MEDICAL GRADUATES,             **COMMISSION FOR FOREIGN**
17  an Illinois corporation, SHARON        **MEDICAL GRADUATES,**
    TROWELL-ROMAN, an individual;          **SHARON TROWELL-ROMAN,**
18  PETER O'COLMAIN, an individual;        **PETER O'COLMAIN'S NOTICE**
    and Does 1 through 250, inclusive,,    **OF RELATED CASES**
19
                   Defendants.             [Local Rule 83-1.3]
20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
   LOS ANGELES

DB2/ 22988482.1

1    **TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL**

2    **DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER**

3    **ATTORNEYS OF RECORD:**

4        Pursuant to Local Rule 83-1.3, the undersigned counsel of record for

5    Defendants Educational Commission For Foreign Medical Graduates, Sharon

6    Trowell-Roman, and Peter O'Colmain avers that, to Defendants' knowledge, no

7    action previously filed or currently pending in the Central District appears to arise

8    from the same or a closely-related transaction, happening, or event as in Plaintiff's

9    action presently being removed.

10       To Defendants' knowledge, no action previously filed or currently pending in

11   the Central District appears to call for determination of the same or substantially

12   related or similar questions of law and fact or to entail substantial duplication of

13   labor if heard by different judges.

14

15   Dated: February 27, 2012        MORGAN, LEWIS & BOCKIUS LLP

16

17                               By

18                                KATHRYN T. MCGUIGAN
                                  Attorneys for Defendant

19                                EDUCATIONAL COMMISSION FOR
                                  FOREIGN MEDICAL GRADUATES,

20                                SHARON TROWELL-ROMAN, and
                                  PETER O'COLMAIN

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. On February 27, 2012, I served a copy of the within document(s):

**DEFENDANTS EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, SHARON TROWELL-ROMAN, PETER O'COLMAIN'S NOTICE OF RELATED CASES**

☐     by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☐     by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☐     by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐     by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

**Law Offices of Carlin & Buchsbaum, LLP**
Gary R. Carlin
Brent S. Buchsbaum
Laurel N. Haag
Maya G. Morales
555 East Ocean Boulevard, Suite 818
Long Beach, CA 90802
T: 562.432.8933 / F:562.435.1656

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on February 27, 2012, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Connie Torres-Gabig

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 22988482.1