1  MORGAN, LEWIS & BOCKIUS LLP
   BARBARA A. FITZGERALD, SBN 151038
2  SALVATORE PICARIELLO, SBN 190442
   KATHRYN T. MCGUIGAN, SBN 232112
3  300 South Grand Avenue
   Twenty-Second Floor
4  Los Angeles, CA 90071-3132
   Tel: 213.612.2500
5  Fax: 213.612.2501
   bfitzgerald@morganlewis.com
6  kmcguigan@morganlewis.com

7  Attorneys for Defendants
   EDUCATIONAL COMMISSION FOR
8  FOREIGN MEDICAL GRADUATES, SHARON
   TROWELL-ROMAN, and PETER O'COLMAIN
9

10             UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12

13 | LESLIE SAKAGUCHI,                    | Case No. CV12-01637 GAF (FFMx)
14 |            Plaintiff,                |
15 |       vs.                            | DECLARATION OF BETTY
                                          | LEHEW IN SUPPORT OF
16 | EDUCATIONAL COMMISSION FOR           | DEFENDANTS' NOTICE OF
   | FOREIGN MEDICAL GRADUATES,           | REMOVAL TO THE UNITED
17 | an Illinois corporation, SHARON      | STATES DISTRICT COURT FOR
   | TROWELL-ROMAN, an individual;        | THE CENTRAL DISTRICT OF
18 | PETER O'COLMAIN, an individual;      | CALIFORNIA
   | and Does 1 through 250, inclusive,,  |
19 |                                      |
   |            Defendants.               |
20

DB2/ 22987783.1

## DECLARATION OF BETTY LEHEW

I, Betty LeHew, declare as follows:

1. I am employed by Defendant Educational Commission For Foreign Medical Graduates ("ECFMG")as Director of Human Resources. I have reviewed the business records of ECFMG regarding the various matters set forth in this declaration. The following statements are made of my own personal knowledge or are based on documents or other information kept in the normal course of business and, if called upon as a witness in this action, I could and would testify competently hereto.

2. ECFMG is now and, ever since this action was filed on January 19, 2012, has been a corporation organized and existing under and by virtue of the laws of the State of Illinois.

3. ECFMG currently is and has at all relevant times had its corporate headquarters and principal place of business in Philadelphia, Pennsylvania.

4. The Pennsylvania headquarters is and has been the place where the majority of ECFMG's corporate books and records are located and where the majority of its executive and administrative functions (including but not limited to operations, corporate finance, accounting, human resources, payroll, marketing, legal, and information systems) are and have been performed.

5. ECFMG's corporate officers (including but not limited to its chief executive officer, and chief financial officer) work and have worked out of the Philadelphia, Pennsylvania headquarters, and ECFMG's corporate activities have been directed, controlled, and coordinated from there.

6. At all relevant times, ECFMG has not been incorporated in California and has not had its headquarters, executive offices, or officers based in California.

/ / /

/ / /

/ / /

1  7. At the time of her discharge, Plaintiff Leslie Sakaguchi's hourly salary
2  was $27.81.
3
4  I declare under penalty of perjury under the laws of the United States of
5  America that the forgoing is true and correct.
6  Executed this twenty-seventh day of February, 2012 in Philadelphia,
7  Pennsylvania.
8
9  _____
10  Betty LeHew
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 22987783.1

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. On February 27, 2012, I served a copy of the within document(s):

**DECLARATION OF BETTY LEHEW IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT OF CALIFORNIA**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

- ☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

**Law Offices of Carlin & Buchsbaum, LLP**
Gary R. Carlin
Brent S. Buchsbaum
Laurel N. Haag
Maya G. Morales
555 East Ocean Boulevard, Suite 818
Long Beach, CA 90802
T: 562.432.8933 / F:562.435.1656

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on February 27, 2012, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Connie Torres-Gabig

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 22987759.1