| | |
|---|---|
| 1 | LAW OFFICES OF CARLIN & BUCHSBAUM, LLP |
| | GARY R. CARLIN, SBN 44945 |
| 2 | BRENT S. BUCHSBAUM, SBN 194816 |
| | LAUREL N. HAAG, SBN 211279 |
| 3 | MAYA G. MORALES, SBN 245208 |
| | 555 East Ocean Boulevard, Suite 818 |
| 4 | Long Beach, CA 90802 |
| | T: 562.432.8933 / F: 562.435.1656 |
| 5 | gary@carlinbuchsbaum.com |
| | brent@carlinbuchsbaum.com |
| 6 | laurel@carlinbuchsbaum.com |
| | maya@carlinbuchsbaum.com |

Attorneys for Plaintiff
LESLIE SAKAGUCHI

MORGAN, LEWIS & BOCKIUS LLP
BARBARA A. FITZGERALD, SBN 151038
SALVATORE PICARIELLO, SBN 190442
KATHRYN T. MCGUIGAN, SBN 232112
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
T: 213.612.2500 / F: 213.612.2501
bfitzgerald@morganlewis.com
spicariello@morganlewis.com
kmcguigan@morganlewis.com

Attorneys for Defendants
EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, SHARON TROWELL-ROMAN, and PETER O'COLMAIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE SAKAGUCHI,<br><br>Plaintiff,<br><br>vs.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, an Illinois corporation, SHARON TROWELL-ROMAN, an individual; PETER O'COLMAIN, an individual; and Does 1 through 250, inclusive,<br><br>Defendants. | Case No. CV 12-1637 GAF (FFMx)<br><br>Assigned To: Hon. Gary A. Feess<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: January 26, 2012<br>Removal Date: February 26, 2012<br>Current Response Date: March 5, 2012<br>New Response Date: March 19, 2012 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 22989958.1

Plaintiff Leslie Sakaguchi ("Plaintiff") and Defendants Educational Commission For Foreign Medical Graduates ("ECFMC"), Sharon Trowell-Roman ("Trowell-Roman"), and Peter O'Colmain ("O'Colmain")(collectively "Defendants") (Plaintiff and Defendants hereinafter collectively the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on January 19, 2012, Plaintiff filed a complaint in the Superior Court of California for the County of Los Angeles;

WHEREAS, on January 26, 2012, Plaintiff served the summons and complaint on ECFMC;

WHEREAS, on February 2, 2012, Plaintiff served the summons and complaint on Trowell-Roman and O'Colmain;

WHEREAS, on February 27, 2012, Defendants timely removed the case to the United States District Court for the Central District of California – Eastern Division pursuant to 28 U.S.C. §§ 1332, 1441, and 1446;

WHEREAS, pursuant to Federal Rules of Civil Procedure Rule 81(c)(2)(C), the deadline for Defendants to file a responsive pleading to Plaintiff's Complaint is March 5, 2012;

WHEREAS, the Parties have met and conferred and agree that Defendant's current deadline of March 5, 2012 in which to file a responsive pleading to Plaintiff's Complaint should be extended by fourteen (14) calendar days, to March 19, 2012, to allow Defendants to file their responsive pleading; and

WHEREAS, Local Rule 8-3 provides that "[i]f the stipulation, together with any prior stipulations, does not extend the time for more than a cumulative total of thirty (30) days from the date the response initially would have been due, the

//
//
//
//

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 22989958.1

1 | stipulation need not be approved by the judge."

2 |     THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel as follows:

    Defendants' deadline to file a responsive pleading to Plaintiff's Complaint shall be extended by fourteen (14) calendar days, to March 19, 2012.

Dated: February 27, 2012
    LAW OFFICES OF CARLIN & BUCHSBAUM, LLP

By _____
    MAYA G. MORALES
    Attorneys for Plaintiff
    LESLIE SAKAGUCHI

Dated: February 27, 2012
    MORGAN, LEWIS & BOCKIUS LLP

By _____
    KATHRYN T. MCGUIGAN
    Attorneys for Defendant
    EDUCATIONAL COMMISSION FOR
    FOREIGN MEDICAL GRADUATES,
    SHARON TROWELL-ROMAN, and
    PETER O'COLMAIN