MORGAN, LEWIS & BOCKIUS LLP
BARBARA A. FITZGERALD, SBN 151038
SALVATORE PICARIELLO, SBN 190442
KATHRYN T. MCGUIGAN, SBN 232112
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
T: 213.612.2500 / F: 213.612.2501
bfitzgerald@morganlewis.com
spicariello@morganlewis.com
kmcguigan@morganlewis.com

Attorneys for Defendants
EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,
SHARON TROWELL-ROMAN, and PETER
O'COLMAIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE SAKAGUCHI,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, an Illinois corporation, SHARON TROWELL-ROMAN, an individual; PETER O'COLMAIN, an individual; and Does 1 through 250, inclusive,<br><br>　　　　　　Defendants. | Case No. CV 12-1637 GAF (FFMx)<br><br>**DECLARATION OF KATHRYN T. MCGUIGAN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**<br><br>[FRCP 12(b)(6)]<br><br>[Notice of Motion and Motion to Dismiss the Complaint and Proposed) Order Filed Concurrently Herewith]<br><br>Date:　　　April 16, 2012<br>Time:　　　9:30 a.m.<br>Courtroom:　740<br>Judge:　　　Hon. Gary A. Feess |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 23036442.1

DECLARATION OF KATHRYN T.
MCGUIGAN

# DECLARATION OF KATHRYN T. MCGUIGAN

I, Kathryn T. McGuigan, declare as follows:

1. I am an attorney, licensed to practice in the State of California. I am an associate at the law firm of Morgan, Lewis & Bockius, counsel for Defendant Educational Commission for Foreign Medical Graduates ("ECFMG" or "Defendant"). I make this declaration in support of ECFMG's Motion To Dismiss The Complaint. Unless otherwise stated, the following facts are based upon my personal knowledge and if called as a witness in this action I could and would testify competently thereto.

2. On March 14, 2012, I placed two telephone calls to Plaintiff's counsel Maya Morales at the Law Offices of Carlin & Buchsbaum, LP. When Ms. Morales did not answer, I left her two voicemails advising her that I was calling in an effort to meet and confer in good faith with her pursuant to Local Rule 7-3 regarding ECFMG's Motion to Dismiss the Complaint. I followed up the voicemails with a email to Ms. Morales outlining the bases for ECFMG's Motion. A true and correct copy of my March 14, 2012 email to Ms. Morales is attached hereto as **Exhibit A.**

3. On March 15, 2012, I received an email from Ms. Morales responding to my March 14, 2012 email. Ms. Morales advised that Plaintiff would not dismiss her claim for intentional infliction of emotional distress, but would agree to strike the prayer for fees under California Labor Code section 1194. A true and correct copy of Ms. Morales' March 15, 2012, email is attached hereto as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 19th day of March, 2012, at Los Angeles, California.

_____
Kathryn T. McGuigan

# EXHIBIT A

## McGuigan, Kathryn T.

| | |
|---|---|
| From: | McGuigan, Kathryn T. |
| Sent: | Wednesday, March 14, 2012 2:07 PM |
| To: | 'maya@carlinbuchsbaum.com' |
| Subject: | ECFMG/Sakaguchi - Local Rule 7-3 |

Ms. Morales – I have left you two messages today in an attempt to meet and confer in good faith pursuant to Local Rule 7-3 regarding Defendants' Motion to Dismiss and Strike. Since I have not heard from you, please consider this email Defendants' good faith attempt to meet and confer regarding the motion which will be filed on March 19. The motion is based on Defendants' contention that Plaintiff has failed to state a claim because, among other things, the Complaint is insufficient under *Iqbal* and *Twombly*. The IIED claim is insufficient because no outrageous conduct is alleged and it is preempted by the workers' compensation statute. Finally, Defendant will also move to strike the prayer for fees under Labor Code section 1194. Plaintiff has no cause of action for minimum wages or overtime.

Please let me know if Plaintiff will agree to dismiss her claims against Defendants. If I do not hear from you today, I will assume that Plaintiff will not agree to dismiss her claims.

**Kathryn T. McGuigan**
Morgan, Lewis & Bockius LLP
300 South Grand Avenue Twenty-Second Floor | Los Angeles CA 90071-3132
Direct: 213.612.7390 | Main: 213.612.2500 | Fax: 213.612.2501
kmcguigan@morganlewis.com | www.morganlewis.com
Assistant: Connie Torres-Gabig | 213.612.1039| ctorres-gabig@morganlewis.com

1

# EXHIBIT B

## McGuigan, Kathryn T.

**From:** maya@carlinbuchsbaum.com
**Sent:** Thursday, March 15, 2012 3:56 PM
**To:** McGuigan, Kathryn T.
**Subject:** Re: ECFMG/Sakaguchi - Local Rule 7-3

Dear Ms. McGuigan,

Plaintiff will not agree to dismiss her claim for IIED, however Plaintiff will agree to strike the prayer for fees under Labor Code section 1194.

Sincerely yours,
Maya G. Morales
Law Offices of Carlin & Buchsbaum, LLP
555 East Ocean Blvd, Ste. 818
Long Beach, CA 90802
(562) 432-8933/ (562) 435-1656 facsimile

******************* PLEASE NOTE *******************
This E-Mail message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.