UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE SAKAGUCHI,<br><br>        Plaintiff,<br><br>    vs.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, an Illinois corporation, SHARON TROWELL-ROMAN, an individual; PETER O'COLMAIN, an individual; and Does 1 through 250, inclusive,<br><br>        Defendants. | Case No. CV 12-1637 GAF (FFMx)<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**<br><br>Date:         April 16, 2012<br>Time:        9:30 a.m.<br>Courtroom: 740<br>Judge:       Hon. Gary A. Feess |

1  The motion of Defendant Educational Commission for Foreign Medical
2  Graduates ("Defendant") to dismiss Plaintiff's Complaint pursuant to Rules
3  12(b)(6) of the Federal Rule of Civil Procedure ("FRCP") came on regularly for
4  hearing before this Court on April 16, 2011.  Upon consideration of the papers
5  submitted and arguments of counsel, and for good cause appearing,
6      **IT IS HEREBY ORDERED** that Defendant's motion to dismiss Plaintiff's
7  Complaint is GRANTED without leave to amend.
8
9      **IT IS SO ORDERED**.
10
11  Dated: _____, 2012     _____
12                                                          Hon. Gary A. Feess
                                                        United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28