| | |
|---|---|
| 1 | LAW OFFICES OF CARLIN & BUCHSBAUM, LLP |
| | GARY R. CARLIN, SBN 44945 |
| 2 | BRENT S. BUCHSBAUM, SBN 194816 |
| | LAUREL N. HAAG, SBN 211279 |
| 3 | MAYA G. MORALES, SBN 245208 |
| | 555 East Ocean Boulevard, Suite 818 |
| 4 | Long Beach, CA 90802 |
| | T: 562.432.8933 / F: 562.435.1656 |
| 5 | gary@carlinbuchsbaum.com |
| | brent@carlinbuchsbaum.com |
| 6 | laurel@carlinbuchsbaum.com |
| | maya@carlinbuchsbaum.com |
| 7 | |
| | Attorneys for Plaintiff |
| 8 | LESLIE SAKAGUCHI |

MORGAN, LEWIS & BOCKIUS LLP
BARBARA A. FITZGERALD, SBN 151038
SALVATORE PICARIELLO, SBN 190442
KATHRYN T. MCGUIGAN, SBN 232112
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
T: 213.612.2500 / F: 213.612.2501
bfitzgerald@morganlewis.com
spicariello@morganlewis.com
kmcguigan@morganlewis.com

Attorneys for Defendants
EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, SHARON TROWELL-ROMAN, and PETER O'COLMAIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE SAKAGUCHI, | Case No. CV 12-1637 GAF (FFMx) |
| Plaintiff, | Assigned To: Hon. Gary A. Feess |
| vs. | **JOINT STIPULATION FOR ENTRY OF ORDER GRANTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, an Illinois corporation, SHARON TROWELL-ROMAN, an individual; PETER O'COLMAIN, an individual; and Does 1 through 250, inclusive, | Complaint Served: January 26, 2012<br>Removal Date: February 26, 2012 |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 23079072.1

1    Plaintiff Leslie Sakaguchi ("Plaintiff") and Defendants Educational
2    Commission For Foreign Medical Graduates ("ECFMC"), Sharon Trowell-Roman
3    ("Trowell-Roman"), and Peter O'Colmain ("O'Colmain")(collectively
4    "Defendants") (Plaintiff and Defendants hereinafter collectively the "Parties"), by
5    and through their respective counsel, hereby stipulate and agree as follows:
6         WHEREAS, on January 19, 2012, Plaintiff filed a complaint in the Superior
7    Court of California for the County of Los Angeles;
8         WHEREAS, on January 26, 2012, Plaintiff served the summons and
9    complaint on ECFMC;
10        WHEREAS, on February 2, 2012, Plaintiff served the summons and
11   complaint on Trowell-Roman and O'Colmain;
12        WHEREAS, on February 27, 2012, Defendants timely removed the case to
13   the United States District Court for the Central District of California – Eastern
14   Division pursuant to 28 U.S.C. §§ 1332, 1441, and 1446;
15        WHEREAS, on February 27, 2012, the parties stipulated to extend
16   Defendants' deadline to file a responsive pleading to the Complaint from March 5,
17   2012 by fourteen calendar days to March 19, 2012;
18        WHEREAS, on March 19, 2012, Defendants filed their Motion to Dismiss
19   the Complaint;
20        WHEREAS, on March 23, 2012, in response to Defendants' Motion to
21   Dismiss the Complaint,  Plaintiff filed and served her First Amended Complaint;
22        WHEREAS, pursuant to Local Rule 7-3, the parties have met and conferred
23   regarding Defendants' Motion to Dismiss the FAC;
24        WHEREAS, Plaintiff seeks to file a Second Amended Complaint ("SAC") to
25   cure the defects in the FAC and not to add any additional causes of action;
26        WHEREAS, the parties have met and conferred are entering into this
27   stipulation in good faith and not for purposes of delay;
28        WHEREAS, Defendants' agreement to enter into this stipulation shall in no

way be deemed, to constitute an explicit or implicit admission or acknowledgement of any legal or factual merit to Plaintiff's anticipated SAC or the claims therein;

WHEREAS, Plaintiff hereby acknowledges that she will not be prejudiced, in anyway, by the agreed upon extension of time.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel, as follows:

1.  Plaintiff shall have twenty (20) calendar days from the date of the entry Court's Order to file a SAC to an attempt to cure the defects in the FAC and not to add any additional causes of action;

2.  This stipulation is without prejudice to Defendants' right to challenge any and all claims asserted in the SAC;

3.  Defendants shall have twenty (20) calendar days from the date Plaintiff files her SAC in which to answer or otherwise respond to the SAC;

4.  Absence Plaintiff filing a SAC, Defendants may answer or otherwise respond to the FAC no later than forty (40) calendar days from Court's Order herein.

Dated:  April 6, 2012                LAW OFFICES OF CARLIN &
                                     BUCHSBAUM, LLP


                                     By _____/s/_____
                                        MAYA G. MORALES
                                        Attorneys for Plaintiff
                                        LESLIE SAKAGUCHI

| | | |
|---|---|---|
| 1 | Dated: April 6, 2012 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By _____/s/_____ |
| 4 | | KATHRYN T. MCGUIGAN |
| | | Attorneys for Defendant |
| 5 | | EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, |
| 6 | | SHARON TROWELL-ROMAN, and PETER O'COLMAIN |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 23079072.1