| | |
|---|---|
| 1 | LAW OFFICES OF CARLIN & BUCHSBAUM, LLP |
| | GARY R. CARLIN, SBN 44945 |
| 2 | BRENT S. BUCHSBAUM, SBN 194816 |
| | LAUREL N. HAAG, SBN 211279 |
| 3 | MAYA G. MORALES, SBN 245208 |
| | 555 East Ocean Boulevard, Suite 818 |
| 4 | Long Beach, CA  90802 |
| | T:  562.432.8933 / F:  562.435.1656 |
| 5 | gary@carlinbuchsbaum.com |
| | brent@carlinbuchsbaum.com |
| 6 | laurel@carlinbuchsbaum.com |
| | maya@carlinbuchsbaum.com |
| 7 | |
| | Attorneys for Plaintiff |
| 8 | LESLIE SAKAGUCHI |

MORGAN, LEWIS & BOCKIUS LLP
BARBARA A. FITZGERALD, SBN 151038
SALVATORE PICARIELLO, SBN 190442
KATHRYN T. MCGUIGAN, SBN 232112
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
T:  213.612.2500 / F:  213.612.2501
bfitzgerald@morganlewis.com
spicariello@morganlewis.com
kmcguigan@morganlewis.com

Attorneys for Defendants
EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, SHARON TROWELL-ROMAN, and PETER O'COLMAIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE SAKAGUCHI, | Case No. CV 12-1637 GAF (FFMx) |
| Plaintiff, | Assigned To: Hon. Gary A. Feess |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, an Illinois corporation, SHARON TROWELL-ROMAN, an individual; PETER O'COLMAIN, an individual; and Does 1 through 250, inclusive, | Complaint Served: January 26, 2012 |
| | Removal Date:  February 26, 2012 |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 23082885.1

Pursuant to the Stipulation of the parties, and for good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. Plaintiff shall have twenty (20) calendar days from the date of the entry Court's Order to file a SAC to an attempt to cure the defects in the FAC and not to add any additional causes of action;

2. This stipulation is without prejudice to Defendants' right to challenge any and all claims asserted in the SAC;

3. Defendants shall have twenty (20) calendar days from the date Plaintiff files her SAC in which to answer or otherwise respond to the SAC;

4. Absence Plaintiff filing a SAC, Defendants may answer or otherwise respond to the FAC no later than forty (40) calendar days from Court's Order herein.

IT IS SO ORDERED.

DATED: _____

                                              Hon. Gary A. Feess
                                              United States District Judge