LINK: 7

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-01637 GAF (FFMx) | Date | April 12, 2012 |
|---|---|---|---|
| Title | Leslie Sakaguchi v. Educational Commission for Foreign Medical Graduates et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:** (In Chambers)

**ORDER RE: MOTION TO DISMISS BY EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES**

On March 19, 2012, Defendant Educational Commission for Foreign Medical Graduates ("ECFMG") filed a motion to dismiss Plaintiff's Complaint. (Docket No. 7.) On March 23, 2012, Plaintiff filed a First Amended Complaint, and, on April 9, 2012, the Court granted the Parties' joint request to permit Plaintiff to file a Second Amended Complaint within 20 days. (Docket Nos. 8, 10.) An "amended pleading supersedes the original pleading." Ferdik v. Bonzelet, 963 F.2d 1258, 1262 (9th Cir. 1992). "[A]fter amendment the original pleading no longer performs any function and is 'treated thereafter as non-existent.'" Id. at 1262 (quoting Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967)). Accordingly, Defendant's motion to dismiss the Complaint is now moot. ECFMG's motion to dismiss is therefore **DENIED as moot**.

**IT IS SO ORDERED.**