MORGAN, LEWIS & BOCKIUS LLP
BARBARA A. FITZGERALD, SBN 151038
SALVATORE PICARIELLO, SBN 190442
KATHRYN T. MCGUIGAN, SBN 232112
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
T:  213.612.2500 / F:  213.612.2501
bfitzgerald@morganlewis.com
spicariello@morganlewis.com
kmcguigan@morganlewis.com
Attorneys for Defendants
EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,
SHARON TROWELL-ROMAN, and PETER
O'COLMAIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE SAKAGUCHI,<br><br>                    Plaintiff,<br><br>          vs.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, an Illinois corporation, SHARON TROWELL-ROMAN, an individual; PETER O'COLMAIN, an individual; and Does 1 through 250, inclusive,<br><br>                    Defendants. | Case No. CV 12-1637 GAF (FFMx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND STRIKE PORTIONS OF PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Date:          June 18, 2012<br>Time:          9:30 a.m.<br>Courtroom:     740<br>Judge:         Hon. Gary A. Feess<br><br>[Notice of Motion and Motion, Memorandum of Points and Authorities, and (Proposed) Order Filed Concurrently Herewith] |

Pursuant to Federal Rule of Evidence 201, Defendants Educational

Commission for Foreign Medical Graduates ("ECFMG"), Sharon Trowell-Roman,

and Peter O'Colmain ("Defendants") hereby submit this Request for Judicial Notice

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 23181002.1

DEFENDANTS' RJN I/S/O MOTION TO
DISMISS AND STRIKE SAC

1   in support of their motion to dismiss and strike portions of Plaintiff's Second

2   Amended Complaint ("SAC").  A documents not physically attached to a complaint

3   may nonetheless be considered by a court on a Rule 12(b)(6) motion to dismiss if:

4   (1) the complaint refers to such a document; (2) the document is "central" to

5   plaintiff's claim; and (3) no party questions the authenticity of the copy attached to

6   the motion.  *See, e.g., Knievel v. ESPN*, 393 F.3d 1068, 1076-77 (9th Cir. 2005)

7   (court may consider documents referenced in, but not attached to, complaint);

8   *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994) (same) overruled on other

9   grounds by *Galbraith v. Santa Clara*, 307 F.3d 1119 (9th Cir. 2002); Hon. W.

10  Schwarzer, Federal Civil Procedure Before Trial (Rutter Group 2012) ¶ 9.212.1a

11  (same) (citations omitted).

12      Accordingly, Defendants respectfully request that this Court take judicial

13  notice of the documents attached hereto as Exhibit A, which contain Plaintiff's

14  mother's physician response to ECFMG regarding whether it was medically

15  necessary for Plaintiff to have intermittent or sporadic leave to care for her mother.

16  The physician's response, as well as ECFMG's subsequent characterization of the

17  response to Plaintiff, are referenced repeatedly throughout the SAC but not attached

18  to the pleading.  (*See, e.g.*, SAC 18-19, 34-35, 52-53, and 70-71).  As explained in

19  the concurrently filed motion to dismiss and strike, these documents are central to

20  Plaintiff's claims.  Moreover, the authenticity of these documents is not subject to

21  reasonable dispute.

22  Dated:  May 18, 2012                   MORGAN, LEWIS & BOCKIUS LLP

23

24                                         By  /s/ Salvatore Picariello

25                                              Salvatore Picariello
                                            Attorneys for Defendants
26                                          EDUCATIONAL COMMISSION FOR
                                            FOREIGN MEDICAL GRADUATES,
27                                          SHARON TROWELL-ROMAN, and
                                            PETER O'COLMAIN

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES
DB2/ 23181002.1                            2                    DEFENDANTS' RJN I/S/O MOTION TO
                                                                DISMISS AND STRIKE SAC

# EXHIBIT A

12/01/2010   10:10AM (GMT-05:00)
NOV-23-2010 11:22 From:                                To:13105438791              P.1/2

**ECFMG™**   EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES

25-586804

3624 Market Street
Philadelphia PA 19104-2685 USA
www.ecfmg.org

# FAX

Date: 11/22/2010

Number of Pages (including this cover sheet): 2

| To: Michael Genova, M.D | From: |
|---|---|
| | Human Resources Department |
| | Sharon Trowell-Roman |
| | HR Employee Relations Manager |
| Phone: | |
| Fax: 310-793-0484  310-543-8791 | |
| CC: | Phone:     215-823-2147 |
| | Fax:       215-966-3124 |

**Remarks:**  ☐ Urgent   ☐ For Your Review   ☒ Reply ASAP   ☐ Please Comment

To Dr. Genova,

**Please provide clarification on Sue Sakaguchi's medication administration. See attached letter. A certified copy will follow.**

*\*\*THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE. THANK YOU.\*\**

ECFMG® is an organization committed to promoting excellence in international medical education.

Exhibit A Page 3

NOV-23-2010 (TUE) 11:33AM   10:10AM (GMT-05:00)   12/01/2010   To:13105438791   P.2/2



**ECFMG**

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES

3624 Market Street
Philadelphia PA 19104-2685 USA
215-823-2208   215-966-3124 Fax
www.ecfmg.org

Michael Genova, M.D.
Healthcare Partners Medical Group
Regional Administrative Office
19601 Mariner Ave.
Torrance, CA 90503-1671
Fax: 310-793-0484

November 22, 2010

Re: Administration of Medication for Sue Sakaguchi

Dear Dr. Genova:

Leslie Sakaguchi is employed at ECFMG as a Standardized Patient Trainer. She is scheduled to start work at 8:15 a.m. on most days and at 7:30 a.m. when she is schedule as the Trainer on Duty (TOD), which is usually once per week. Leslie's position involves the administration of a high stakes medical exam and punctuality is very important. Leslie's home address is less than 10 miles from the Center she is employed at, so the commute should be no more than 30-45 minutes, even with traffic.

***Question:*** If Leslie were to administer her mother, Sue Sakaguchi's medication each day by 6:45 AM, so that she may leave for work by 7:00 a.m. on TOD days or 7:30 a.m. on regular days to be on time for either scheduled shift, would this be acceptable medical care in the administration of her mother's medication?

___X___ YES   _____ NO

If *No*, please indicate exactly what time the medication is required to be administered: _____

Physician Completed by: _____Michael Genova ___ M.D_____ (Print Name)

Signature: _____M Genova MD_____ Date 11-30-10

### Please return this completed question to:
### Human Resources
### ECFMG
### Fax: 215-966-3124

If you have any questions, please do not hesitate to contact me at: 215-823-2147 or sroman@ecfmg.org.

Regards,

Sharon Trowell-Roman
Employee Relations Manager

ECFMG is an organization committed to promoting excellence in international medical education

DEC-01-2010 08:18   13105438791   P.2/2

Exhibit A Page 4



**ECFMG**® EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES

3624 Market Street
Philadelphia PA 19104-2685 USA
215-386-5900 | 215-966-3124 Fax
www.ecfmg.org

Sent via: US Mail and Fed-Ex Tracking # 7941 7023 2070

December 1, 2010

Leslie Sakaguchi
804 Cota Avenue
Torrance, CA 90501

Dear Leslie:

I received clarification from your mother's doctor relating to the letter he wrote about your commuting time to work and flexibility in your start time at work.  The doctor wrote that it is acceptable medical care in administering medication to your mother each day at 6:45 am. This allows you to leave for work by 7:00 am on TOD shifts or 7:30 am on regular days to make it to work on time.  We are requiring that you arrive at work on time as scheduled.  Future tardiness will not be covered under this approved FMLA, unless there is a specific emergency situation regarding your mother's medical care.

The doctor indicated that your mother needs regular medical care with him and with other specialist every 3 – 4 months, these days should be planned and scheduled in advanced with your manager. Any time frames that are less than a full 7 hour day must be taken in full one hour increments under our FMLA policy.  Please provide to Peter, in advance, the treatment schedule as soon as possible.

At any time there is a specific emergency with your mother, you need to inform your manager immediately regarding that emergency situation.

Your FMLA leave is an unpaid leave.  You are required to use any accrued sick or vacation time you have during this leave.  Any FMLA time taken when you do not have accrued time is unpaid time.  FMLA does not guarantee any paid time off.

Feel free to contact me with any questions.

Sincerely,

Sharon Trowell-Roman
HR Manager

Cc:  Peter O'Coleman, Center Manager        email
     Mary Mickelson, Assistant Center Manager
     File

ECFMG® is an organization committed to promoting excellence in international medical education.

Exhibit A Page 5

Page 1 of 1

From:    Origin ID: HARA   (215) 823-2208
Stephanie Bates

3624 Market Street
ECFMG
Philadelphia, PA 19104



Ship Date: 01DEC10
ActWgt: 1.0 LB
CAD: 101795049/INET3090

SHIP TO:   (310) 765-3351          BILL SENDER
**Leslie Sakaguchi**

**804 COTA AVE**

**TORRANCE, CA 90501**

Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #



TRK# | 7941 7023 2070
0201

THU  –  02  DEC   A1
STANDARD  OVERNIGHT
RES ISR

90501
CA–US
LAX

**XH AVXA**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

12/1/2010

Exhibit A Page 6