1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LESLIE SAKAGUCHI, | Case No. CV 12-1637 GAF (FFMx) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| vs. | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, an Illinois corporation, SHARON TROWELL-ROMAN, an individual; PETER O'COLMAIN, an individual; and Does 1 through 250, inclusive, | Date:       June 18, 2012<br>Time:       9:30 a.m.<br>Courtroom:  740<br>Judge:      Hon. Gary A. Feess |
| Defendants. | |

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

The motion of Defendants Educational Commission for Foreign Medical Graduates, Sharon Trowell-Roman, and Peter O'Colmain ("Defendants") to dismiss and strike portions of Plaintiff's Second Amended Complaint ("SAC") pursuant to Rules 12(b)(6) and 12(f) of the Federal Rule of Civil Procedure ("FRCP") came on regularly for hearing before this Court on June 18, 2012. Upon consideration of the papers submitted and arguments of counsel, and for good cause appearing,

**IT IS HEREBY ORDERED** that Defendants' motion to dismiss Plaintiff's SAC in its entirety is GRANTED without leave to amend;

[AND/OR] **IT IS ORDERED** that Defendants' motion to strike paragraphs 19, 35, 53, and 71 of the SAC is GRANTED without leave to amend.

**IT IS SO ORDERED**.

Dated: _____, 2012   _____
Hon. Gary A. Feess
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 23180904.1

2

PROPOSED ORDER GRANTING MOTION
TO DISMISS AND STRIKE SAC