```
 1  LAW OFFICES OF CARLIN & BUCHSBAUM, LLP
    GARY R. CARLIN, CSBN: 44945
 2  gary@carlinbuchsbaum.com
    BRENT S. BUCHSBAUM, CSBN: 194816
 3  brent@carlinbuchsbaum.com
    LAUREL N. HAAG, CSBN: 211279
 4  laurel@carlinbuchsbaum.com
    MAYA G. MORALES, CSBN: 245208
 5  maya@carlinbuchsbaum.com
    555 East Ocean Blvd., Suite 818
 6  Long Beach, California 90802
    Telephone: (562)432-8933; Facsimile: (562)435-1656
 7
    Attorneys for LESLIE SAKAGUCHI, Plaintiff
 8
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE SAKAGUCHI,<br><br>          Plaintiff;<br><br>vs.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, an Illinois corporation; SHARON TROWELL-ROMAN, an individual; PETER O'COLMAIN, an individual; and DOES 1 through 250, inclusive,<br><br>          Defendants | Case No. CV 12-1637 GAF (FFMx)<br><br>[Originally filed in Los Angeles County Superior Court; Case No. BC477337]<br><br>**DECLARATION OF BRENT S. BUCHSBAUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND STRIKE**<br><br>[Plaintiff's Opposition to Defendants' Motion to Dismiss and Strike, Request for Judicial Notice in Support of Plaintiff's Opposition, filed concurrently herewith]<br><br>Date:          June 18, 2012<br>Time:         9:30 a.m.<br>Courtroom:  740<br>Judge:        Hon. Gary A. Feess |

## DECLARATION OF BRENT S. BUCHSBAUM

I, Brent S. Buchsbaum, declare as follows:

1. I am an attorney duly licensed to practice law before the United States District Court - Central District of California, and I am a partner of the law firm known as Carlin & Buchsbaum, LLP, counsel for Plaintiff herein. If I were called as a witness, I could and would be able to testify competently as to each of the

following facts, all of which are within my own personal knowledge.

2. On or about January 19, 2012 Plaintiff filed her unverified Complaint in the Los Angeles Superior Court. Thereafter, on or about March 23, 2012, Plaintiff filed a First Amended Complaint. At the time these pleadings were filed, Plaintiff believed that Defendants had in their possession a note from Plaintiff's mother's physician that removed the need for a flexible work schedule. This belief was based on documents that had been provided to Plaintiff by her employer, Defendant Educational Commission for Foreign Medical Graduates.

3. On April 6, 2012, counsel for Defendants provided to this office the document that they now request this Court to take judicial notice. This document is the note from Plaintiff's mother's physician that purportedly removed the medical necessity for a flexible work schedule. Once this document was received, however, it was clear that the physician had not in fact removed the work restriction.

4. Accordingly, on April 30, 2012, Plaintiff filed a Second Amended Complaint incorporating the newly discovered evidence. Specifically, the allegation that Defendants' had Plaintiff's mother's physician retract part of Plaintiff's FMLA request was corrected. Instead, Plaintiff alleges that Defendant ECFMG mischaracterized and misinterpreted the physician's statement, reading it incorrectly as a retraction of the need for a flexible work schedule.

Executed May 25, 2012, in Long Beach, California.

_____
Brent S. Buchsbaum

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 East Ocean Blvd., Suite 818, Long Beach, California 90802.

On May 25, 2012, I served the foregoing document described as:

**DECLARATION OF BRENT S. BUCHSBAUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND STRIKE**

The true copies thereof were enclosed in a sealed envelope and addressed as follows:

<u>Counsel for Defendants</u>
Barbara A. Fitzgerald, Esq.
bfitzgerald@morganlewis.com
Salvatore Picariello, Esq.
Kathryn T. McGuigan, Esq.
kmcguigan@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, California 90071-3132

Facsimile: (213)612-2501

**XX** **(ELECTRONICALLY)** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

___ **(BY MAIL)** I am readily familiar with my employer's practice for collection and processing of documents for mailing with the United States Postal Service and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business. On this date, I served the above interested parties following my employer's ordinary business practices.

___ **(BY OVERNIGHT DELIVERY)** I caused such envelope to be delivered via overnight delivery (FedEx) addressed as indicated above for deposit and delivery by The Law Offices of Carlin & Buchsbaum, LLP, following ordinary business practices

___ **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee.

| | | |
|---|---|---|
| 1 | ___ | **(BY FACSIMILE)** I caused such document to be served on all parties to this action via facsimile at the numbers indicated on the attached service list pursuant to California Rules of Court, Rule 2006. The facsimile machine I used complied with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2006, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this document. |
| 5 | XX | **(FEDERAL)** I declare under penalty of perjury under the laws of the United States that the above is true and correct. |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed, May 25, 2012, at Long Beach, California.

_____
KIMBERLY KELLY, Declarant