1   LAW OFFICES OF CARLIN & BUCHSBAUM, LLP
    GARY R. CARLIN, CSBN: 44945
2   gary@carlinbuchsbaum.com
    BRENT S. BUCHSBAUM, CSBN: 194816
3   brent@carlinbuchsbaum.com
    LAUREL N. HAAG, CSBN: 211279
4   laurel@carlinbuchsbaum.com
    MAYA G. MORALES, CSBN: 245208
5   maya@carlinbuchsbaum.com
    555 East Ocean Blvd., Suite 818
6   Long Beach, California 90802
    Telephone: (562)432-8933; Facsimile:  (562)435-1656
7
    Attorneys for LESLIE SAKAGUCHI, Plaintiff
8
                      UNITED STATES DISTRICT COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10

11  LESLIE SAKAGUCHI,                    Case No. CV 12-1637 GAF (FFMx)

12              Plaintiff;               [Originally filed in Los Angeles County
                                         Superior Court; Case No. BC477337]
13      vs.
                                         **REQUEST FOR JUDICIAL
14  EDUCATIONAL COMMISSION               NOTICE IN SUPPORT OF
    FOR FOREIGN MEDICAL                  PLAINTIFF'S OPPOSITION TO
15  GRADUATES, an Illinois               DEFENDANTS' MOTION TO
    corporation; SHARON TROWELL-         DISMISS AND STRIKE**
16  ROMAN, an individual; PETER
    O'COLMAIN, an individual; and        [Plaintiff's Opposition to Defendants'
17  DOES 1 through 250, inclusive,       Motion to Dismiss and Strike,
                                         Declaration of Brent S. Buchsbaum
18              Defendants               filed concurrently   herewith]

19                                       Date:        June 18, 2012
                                         Time:        9:30 a.m.
20                                       Courtroom:   740
                                         Judge:       Hon. Gary A. Feess
21

22

23         Pursuant to Federal Rule of Evidence 201, Plaintiff Leslie Sakaguchi hereby

24  submits this Request for Judicial Notice in support of her Opposition to

25  Defendants Educational Commission for Foreign Medical Graduates ("ECFMG"),

26  Sharon Trowell-Roman, and Peter O'Colmain's motion to dismiss and strike

27  portions of Plaintiff's Second Amended Complaint ("SAC").

28

1  A document not physically attached to a complaint may be considered by a

2  court when there is a FRCP 12(b)(6) motion to dismiss if: (1) the complaint refers

3  to such document; (2) the document is "central" to plaintiff's claim; and (3) no

4  party questions the authenticity of the copy attached. *Branch v. Tunnell* (9th Cir.

5  1994) 14 F. 3d 449, 454; *Chambers v. Time Warner, Inc.* (2nd Cir. 2002) 282 F. 3d

6  147, 153, fn. 3.

7  Per the foregoing, Plaintiff respectfully requests that this Court take judicial

8  notice of the document attached hereto as Exhibit 1, which contains Plaintiff's

9  mother's physician's directive to Defendant ECFMG, documenting the medical

10  need for a flexible work schedule.  This note is referenced repeatedly throughout

11  the SAC.  (See, e.g., SAC at ¶¶13, 20, 29, 36, 47, 54, 66, 72.)  Further, this note is

12  central to Plaintiff's claim as it establishes Plaintiff's need for intermittent CFRA

13  leave.  Moreover, the authenticity of this document is not subject to reasonable

14  dispute.

15

16  Dated: May 25, 2012                  THE LAW OFFICES OF CARLIN &

17                                       BUCHSBAUM

18                                       A Limited Liability Partnership

19

20

21                                       By____/s/ Maya G. Morales_____

22                                       Maya G. Morales, Attorneys for Plaintiff,

23                                       LESLIE SAKAGUCHI

24

25

26

27

28

# EXHIBIT 1



**MEDICAL GROUP**

Regional Administration Office
19601 Mariner Avenue
Torrance, CA 90503-1671

Telephone / 310.371-0813
Fax / 310.793-0484

(310) 830-9706

(310) 324-2592

(310) 643-8500

(310) 214-0811

(310) 214-0811

Torrance - Specialty
(310) 214-0811

Torrance - Sepulveda
(310) 326-9167

(310) 373-9758

August 30, 2010

To Whom It May Concern:

I am writing this note on behalf Leslie Sakaguchi, the daughter of my
patient Sue Sakaguchi, in order to inform you of how her mother's
treatment impacts Leslie's daily routine. Leslie's mother has been non-
compliant with unsupervised administration of her medications. Many of
her medications require timed administration for best results, and this
schedule is subject to the patient's other basic needs such as eating and
sleeping. Leslie's active involvement in her mother's medication
management has helped me a great deal, but this combined with her
commuting time require some flexibility in her start time at work to ensure
her mother's medication compliance. Please provide her this flexibility so
that her mother is able to continue to receive appropriate treatment.

Sincerely,

*Michael Genova M.D.*

Michael Genova, M.D.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 East Ocean Blvd., Suite 818, Long Beach, California 90802.

On May 25, 2012, I served the foregoing document described as:

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND STRIKE**

The true copies thereof were enclosed in a sealed envelope and addressed as follows:

**Counsel for Defendants**
**Barbara A. Fitzgerald, Esq.**
*bfitzgerald@morganlewis.com*
**Salvatore Picariello, Esq.**
**Kathryn T. McGuigan, Esq.**
*kmcguigan@morganlewis.com*
**MORGAN, LEWIS & BOCKIUS, LLP**
**300 South Grand Avenue, 22nd Floor**
**Los Angeles, California 90071-3132**

**Facsimile: (213)612-2501**

<u>XX</u>   **(ELECTRONICALLY)** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

____   **(BY MAIL)** I am readily familiar with my employer's practice for collection and processing of documents for mailing with the United States Postal Service and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business. On this date, I served the above interested parties following my employer's ordinary business practices.

____   **(BY OVERNIGHT DELIVERY)** I caused such envelope to be delivered via overnight delivery (FedEx) addressed as indicated above for deposit and delivery by The Law Offices of Carlin & Buchsbaum, LLP, following ordinary business practices

____   **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee.

___  **(BY FACSIMILE)** I caused such document to be served on all parties to this action via facsimile at the numbers indicated on the attached service list pursuant to California Rules of Court, Rule 2006.  The facsimile machine I used complied with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2006, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this document.

**XX**   **(FEDERAL)** I declare under penalty of perjury under the laws of the United States that the above is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed, May 25, 2012, at Long Beach, California.

KIMBERLY KELLY, Declarant