1  LAW OFFICES OF CARLIN & BUCHSBAUM, LLP
   GARY R. CARLIN, CSBN: 44945
2  gary@carlinbuchsbaum.com
   BRENT S. BUCHSBAUM, CSBN: 194816
3  brent@carlinbuchsbaum.com
   LAUREL N. HAAG, CSBN: 211279
4  laurel@carlinbuchsbaum.com
   MAYA G. MORALES, CSBN: 245208
5  maya@carlinbuchsbaum.com
   555 East Ocean Blvd., Suite 818
6  Long Beach, California 90802
   Telephone: (562)432-8933; Facsimile: (562)435-1656
7
   Attorneys for LESLIE SAKAGUCHI, Plaintiff
8

9

10                  UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12 | LESLIE SAKAGUCHI,                | Case No. CV 12-1637 GAF (FFMx)
13 |         Plaintiff;               | [Originally filed in Los Angeles County Superior Court; Case No. BC477337]
14 |     vs.                          |
                                       | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS SHARON TROWELL-ROMAN AND PETER O'COLMAIN**
15 | EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, |
16 | an Illinois corporation; SHARON TROWELL-ROMAN, an individual; |
17 | PETER O'COLMAIN, an individual; and DOES 1 through 250, inclusive, |
18 |
19 |         Defendants

**PLEASE TAKE NOTICE** that Plaintiff Leslie Sakaguchi ("Plaintiff") pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendants Sharon Trowell-Roman and Peter O'Colmain only.

Defendants Sharon Trowell-Roman and Peter O'Colmain have neither answered Plaintiff's complaint nor filed a motion for summary judgment. Accordingly, Defendants Sharon Trowell-Roman and Peter O'Colmain may be

1 dismissed without prejudice and without an Order of the Court.
2
3
4 Dated: May 29, 2012          THE LAW OFFICES OF CARLIN &
5                              BUCHSBAUM
6                              A Limited Liability Partnership
7
8
9                              By ___/s/ Maya G. Morales_____
10                             Maya G. Morales, Attorneys for Plaintiff,
11                             LESLIE SAKAGUCHI
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 East Ocean Blvd., Suite 818, Long Beach, California 90802.

On May 30, 2012, I served the foregoing document described as:

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS SHARON TROWELL-ROMAN AND PETER O'COLMAIN**

The true copies thereof were enclosed in a sealed envelope and addressed as follows:

**Counsel for Defendants**
**Barbara A. Fitzgerald, Esq.**
*bfitzgerald@morganlewis.com*
**Salvatore Picariello, Esq.**
**Kathryn T. McGuigan, Esq.**
*kmcguigan@morganlewis.com*
**MORGAN, LEWIS & BOCKIUS, LLP**
**300 South Grand Avenue, 22nd Floor**
**Los Angeles, California 90071-3132**

**Facsimile: (213)612-2501**

**XX** **(ELECTRONICALLY)** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

___ **(BY MAIL)** I am readily familiar with my employer's practice for collection and processing of documents for mailing with the United States Postal Service and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business. On this date, I served the above interested parties following my employer's ordinary business practices.

___ **(BY OVERNIGHT DELIVERY)** I caused such envelope to be delivered via overnight delivery (FedEx) addressed as indicated above for deposit and delivery by The Law Offices of Carlin & Buchsbaum, LLP, following ordinary business practices

___ **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee.

| | | |
|---|---|---|
|1| ___ | **(BY FACSIMILE)** I caused such document to be served on all parties to this action via facsimile at the numbers indicated on the attached service list pursuant to California Rules of Court, Rule 2006. The facsimile machine I used complied with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2006, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this document. |
|2| **XX** | **(FEDERAL)** I declare under penalty of perjury under the laws of the United States that the above is true and correct. |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed, May 30, 2012, at Long Beach, California.

_/s/ Kimberly Kelly_
KIMBERLY KELLY, Declarant