# EXHIBIT A

# JUDGE GARY ALLEN FEESS
## SCHEDULE OF TRIAL AND PRETRIAL DATES[1]

| Matter | Time | Weeks before trial | Plaintiff(s) (Request) | Defendant(s) (Request) | Court Order |
|---|---|---|---|---|---|
| **Trial (jury) (court)** **Estimated length: ____ days** | 8:30 am | | 10/21/13 | 10/21/13 | |
| **[Jury trial]  Hearing on Motions in Limine; Hearing on Disputed Jury Instructions** | | -1 | 10/14/13 | 10/14/13 | |
| **[Court trial] File Findings of Fact and Conclusions of Law; Hearing on Motions in Limine** | | -1 | | | |
| **Pretrial Conference;** **Motions in Limine to be filed;** **Proposed Voir Dire Qs Lodged and Agreed-to Statement of Case** | 3:30 pm | -4 | 9/23/13 | 9/23/13 | |
| **Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit & Witness Lists; File Status Report re Settlement; File Agreed Upon Set of Jury Instructions and Verdict Forms; File Joint Statement re Disputed Instructions, Verdicts, etc.** | | -6 | 9/9/13 | 9/9/13 | |
| **Last date to conduct Settlement Conference** | | -8 | 8/26/13 | 8/26/13 | |
| **Last day for hearing motions** | 9:30 a.m. | -9 | 8/19/13 | 8/19/13 | |
| **Discovery cut-off [Note: Expert disclosure no later than 70 days prior to this date.]** | | -10 | 8/12/13 | 8/12/13 | |
| **Last to Amend Pleadings or Add Parties** | | | 6/13/13 | 6/13/13 | |

---

[1]  Review the Court's Order re "Rule 26(f) Scheduling Conference" to be sure of the meaning of these terms.