UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-01637-GAF (FFMx) | Date | November 5, 2012 |
|---|---|---|---|
| Title | Leslie Sakaguchi v. Educational Commission for Foreign Medical Graduates et al | | |

| Present: The Honorable | GARY ALLEN FEESS, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Renee Fisher | Pat Cuneo | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Maya G Morales<br>David Klehm | Kathryn T. McGuigan |

**Proceedings:**   SCHEDULING CONFERENCE (Held and Completed)

Matter called. Counsel state their appearances for the record. Court and counsel confer. Counsel are instructed to fully comply with Federal Rules of Civil Procedure, Rule 26(a).

Court conducts Scheduling Conference and provides counsel with dates.

Scheduling and Case Management Order to follow.

00 : 09

Initials of Preparer   rf