| | |
|---|---|
| 1 | LAW OFFICES OF CARLIN & BUCHSBAUM, LLP<br>GARY R. CARLIN |
| 2 | BRENT S. BUCHSBAUM<br>LAUREL N. HAAG |
| 3 | MAYA G. MORALES<br>555 East Ocean Boulevard, Suite 818 |
| 4 | Long Beach, CA  90802<br>T: 562.432.8933 / F:562.435.1656 |
| 5 | gary@CarlinBuchsbaum.com<br>brent@CarlinBuchsbaum.com |
| 6 | laurel@CarlinBuchsbaum.com<br>maya@CarlinBuchsbaum.com |
| 7 | |
| 8 | Attorneys for Plaintiff<br>LESLIE SAKAGUCHI |
| 9 | MORGAN, LEWIS & BOCKIUS LLP<br>BARBARA A. FITZGERALD, SBN 151038 |
| 10 | SALVATORE PICARIELLO, SBN 190442<br>KATHRYN T. MCGUIGAN, SBN 232112 |
| 11 | 300 South Grand Avenue<br>Twenty-Second Floor |
| 12 | Los Angeles, CA  90071-3132<br>T:  213.612.2500 / F:  213.612.2501 |
| 13 | bfitzgerald@morganlewis.com<br>spicariello@morganlewis.com |
| 14 | kmcguigan@morganlewis.com |
| 15 | Attorneys for Defendant<br>EDUCATIONAL COMMISSION FOR FOREIGN |
| 16 | MEDICAL GRADUATES |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE SAKAGUCHI,<br><br>            Plaintiff,<br><br>      vs.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, an Illinois corporation, SHARON TROWELL-ROMAN, an individual; PETER O'COLMAIN, an individual; and Does 1 through 250, inclusive,<br><br>            Defendants. | Case No.  CV 12-1637 GAF (FFMx)<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(l)(A)(ii)]** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1  Pursuant to Federal Rule of Civil Procedure Rule 41(a)(l)(A)(ii), Plaintiff
2  Leslie Sakaguchi and Defendant Educational Commission For Foreign Medical
3  Graduates, by and through their counsel of record, hereby stipulate that the above-
4  captioned action be and hereby is dismissed with prejudice pursuant to Federal
5  Rules of Civil Procedure Rule 41(a)(1)(A)(ii). This dismissal is pursuant to a
6  settlement reached by the Parties that resolves any and all claims between them.
7  This dismissal is effective "without a court order." Fed. R. Civ. P. 41(a)(1)(A).

**IT IS SO STIPULATED.**

Dated:   March 6, 2013           LAW OFFICES OF CARLIN & BUCHSBAUM, LLP

                                 By */s/ Brent S. Buchsbaum*
                                 Brent S. Buchsbaum
                                 Attorneys for Plaintiff
                                 Leslie Sakaguchi


Dated:   March 6, 2013           MORGAN, LEWIS & BOCKIUS LLP


                                 By */s/ Barbara A. Fitzgerald*
                                 Barbara A. Fitzgerald
                                 Attorneys for Defendant
                                 Educational Commission For
                                 Foreign Medical Graduates

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

DB2/ 23922069.1