1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE SAKAGUCHI, | Case No. CV 12-1637 GAF (FFMx) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, an Illinois corporation, SHARON TROWELL-ROMAN, an individual; PETER O'COLMAIN, an individual; and Does 1 through 250, inclusive, | |
| Defendants. | |

DB2/ 23944495.1               [PROPOSED] ORDER

Based upon the parties' stipulation, **IT IS HEREBY ORDERED** that all causes of action pleaded in the Second Amended Complaint by Plaintiff Leslie Sakaguchi are hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(a)(l)(A)(ii).

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Gary A. Fess
United States District Judge

[PROPOSED] ORDER

1

DB2/ 23944495.1