JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE SAKAGUCHI,<br><br>Plaintiff,<br><br>vs.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, an Illinois corporation, SHARON TROWELL-ROMAN, an individual; PETER O'COLMAIN, an individual; and Does 1 through 250, inclusive,<br><br>Defendants. | Case No. CV 12-1637 GAF (FFMx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

ORDER

1     Based upon the parties' stipulation, **IT IS HEREBY ORDERED** that all
2 causes of action pleaded in the Second Amended Complaint by Plaintiff Leslie
3 Sakaguchi are hereby dismissed with prejudice, pursuant to Federal Rule of Civil
4 Procedure Rule 41(a)(l)(A)(ii).

6     **IT IS SO ORDERED.**

7 Dated: March 7, 2013

8                                   The Honorable Gary A. Fess
9                                     United States District Judge

ORDER

1